ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUN 2 2 2006
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GOLDEN FEATHER REALTY SERVICES, INC., Plaintiff, | ) |
| v. | ) No. 06-479 C |
| THE UNITED STATES OF AMERICA, Defendant. | ) Judge |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the U.S. Court of Federal Claims, Plaintiff Golden Feather Realty Services, Inc. ("GFR") hereby discloses as follows:

1. Plaintiff is a closely-held business that has elected for federal income tax purposes to be treated as a "Subchapter S Corporation" under the Internal Revenue Code, 26 U.S.C. §§ 1361-1379. GFR does not have a parent corporation.

2. There is no publicly-held corporation that owns 10% or more of GFR's stock.

Respectfully submitted,

James J. McCullough
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, DC 20004-2505
TELEPHONE: 202-639-7000
FACSIMILE: 202-639-7003

Counsel to Plaintiff Golden Feather Realty Services, Inc.

OF COUNSEL:

Deneen J. Melander
Steven A. Alerding
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, DC 20004-2505
TELEPHONE: 202-639-7000
FACSIMILE: 202-639-7003

June 22, 2006

*278517*