IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-479C

(Filed: September 29, 2006)

GOLDEN FEATHER REALTY SERVICES, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges receipt of the parties' Joint Preliminary Status Report, filed on September 28, 2006. For good cause shown, the court adopts the following schedule for discovery in this case:

| Activity | Deadline |
|---|---|
| Designation of expert witnesses | December 1, 2006 |
| Exchange of documents | January 15, 2007 |
| Service of interrogatories and requests for admission | February 15, 2007 |
| Completion of fact witness discovery | May 1, 2007 |
| Filing of dispositive motions | May 15, 2007 |
| Exchange of expert witness reports | June 1, 2007 |
| Exchange of expert rebuttal reports | August 1, 2007 |
| Completion of expert witness discovery | November 1, 2007 |
| Joint Status Report | December 3, 2007 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge