IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-479C

(Filed: November 6, 2006)

GOLDEN FEATHER REALTY SERVICES, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

# ORDER

On November 2, 2006, the clerk's office received in paper form plaintiff's Consent Motion for Entry of a Protective Order. Pursuant to General Order No. 42A of the Court of Federal Claims, this case was designated an electronic case, requiring that all filings be made electronically via the Electronic Case Files system. The court grants plaintiff leave to file this motion in paper form, but all subsequent filings in this case shall be made electronically.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge