# In the United States Court of Federal Claims

**06-479 C**

**Filed: November 6, 2006**

**GOLDEN FEATHER REALTY SERVICES, INC.**

**v.**

**THE UNITED STATES**

CONSENT MOTION FOR ENTRY OF A PROTECTIVE ORDER

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.