**DECLARATION OF CONFIDENTIALITY**

I hereby acknowledge that I am to receive documents or things pursuant to the terms of the current Protective Order (the "Protective Order") in *Golden Feather Realty Services, Inc. v. United States*, Case No. 06-479C (Fed. Cl.), pending in the United States Court of Federal Claims.

I acknowledge receipt of a copy of the Protective Order and certify that I have read it, and I agree to be bound as a "Receiving Party" by the terms and restrictions set forth therein.

I agree to submit to the jurisdiction of the United States Court of Federal Claims any proceedings relating to or arising from this Declaration of Confidentiality.

Signed under the penalties of perjury this ____ day of ___________ 200__.

Signed: ______________________________

Printed Name: ______________________________

Address: ______________________________

______________________________