**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GOLDEN FEATHER REALTY SERVICES, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 06-479C**<br>**Judge Lettow** |

**CONSENT MOTION TO EXTEND THE DEADLINE FOR DESIGNATING EXPERT WITNESSES**

Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims, Plaintiff Golden Feather Realty Services, Inc. ("GFR") hereby respectfully moves this Court to extend to December 29, 2006 the deadline for expert witness designations. Currently, under the Court's Scheduling Order dated September 29, 2006, the parties' expert witness designations must be made by December 1, 2006. Counsel for GFR has conferred with counsel for Defendant United States of America, and counsel for Defendant has consented to the requested relief.

In support of this consent motion, GFR states as follows:

1. The Scheduling Order issued by the Court on September 29, 2006 requires the parties' expert witness designations to be made by December 1, 2006.

2. Counsel for GFR and the United States have agreed to extend the deadline for expert witness designations to December 29, 2006.

3. The additional time for designating expert witnesses is needed to allow the parties to consider fully and engage appropriate expert witnesses for this case.

4. Extending the deadline for designating expert witnesses will not affect any other deadlines in the September 29, 2006 Scheduling Order and, in particular, will not impact the deadlines for and ultimate completion of expert witness discovery in this case.

WHEREFORE, for good cause shown, the parties have agreed to extend the deadline for expert witness designations, and Plaintiff GFR hereby respectfully moves that the September 29, 2006 Scheduling Order be modified to extend the deadline for expert witness designations to December 29, 2006.

A proposed Order is attached.

Dated: November 30, 2006

Respectfully submitted,

/s/ James J. McCullough

James J. McCullough
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20004-2505
Telephone: 202-639-7000
Fax: 202-639-7003

Attorney for Golden Feather Realty Services, Inc.

282237

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GOLDEN FEATHER REALTY SERVICES, INC.,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **THE UNITED STATES OF AMERICA,** <br><br> **Defendant.** | **No. 06-479C** <br> **Judge Lettow** |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Consent Motion To Extend The Deadline For Designating Expert Witnesses, filed on November 30, 2006. Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims, Plaintiff requests that the Court modify the current Scheduling Order to extend the deadline for expert witness designations to December 29, 2006.

Good cause having been established, Plaintiff's Consent Motion To Extend The Deadline For Designating Expert Witnesses is GRANTED. The Court's Scheduling Order dated September 29, 2006 shall be amended so that the deadline for expert witness designations is December 29, 2006.

It is so ORDERED.

Dated: November ___, 2006

_______________________________________
Charles F. Lettow
Judge

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of November 2006, I caused to be placed in the United States mail (first class mail, postage prepaid) a copy of the foregoing Consent Motion To Extend The Deadline For Designating Expert Witnesses, addressed as follows:

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
202-307-0252
202-307-0972 (fax)

/s/ James J. McCullough
James J. McCullough