IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-479C

(Filed: December 1, 2006)

GOLDEN FEATHER REALTY SERVICES, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court is plaintiff's Consent Motion to Extend the Deadline for Designating Expert Witnesses, filed November 30, 2006. In the Scheduling Order of September 29, 2006, the deadline for designation of expert witnesses was set for December 1, 2006. Plaintiff requests that this deadline be extended to December 29, 2006 and states that such an extension would not require altering any other deadlines specified in the Scheduling Order of September 29, 2006. The government has consented to plaintiff's motion.

For good cause shown, plaintiff's Motion to Extend the Deadline for Designating Expert Witnesses is GRANTED. The parties' designation of expert witnesses shall be made on or before December 29, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge