**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GOLDEN FEATHER REALTY SERVICES, INC.,** | |
| **Plaintiff,** | |
| **v.** | **No. 06-479C** |
| | **Judge Lettow** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims, Plaintiff Golden Feather Realty Services, Inc. ("GFR") hereby respectfully moves the Court to amend the Scheduling Order to extend the deadlines for the remaining activities in the Order by approximately 60 days in order to allow the parties time to meet and attempt to reach a settlement of this matter. Counsel for GFR has conferred with counsel for Defendant United States of America, and counsel for Defendant has consented to the requested relief.

In support of this consent motion, GFR states as follows:

1. The Scheduling Order issued by the Court on September 29, 2006 requires the parties to: (1) complete fact witness discovery by May 1, 2007; (2) file dispositive motions by May 15, 2007; (3) exchange expert witness reports by June 1, 2007; (4) exchange expert rebuttal reports by August 1, 2007; (5) complete expert witness discovery by November 1, 2007; and (6) file a Joint Status Report by December 3, 2007.

2. Counsel for GFR and the United States have agreed to extend the deadlines for these activities by two months, as follows: (1) complete fact witness discovery by July 2, 2007; (2) file dispositive motions by July 16, 2007; (3) exchange expert witness reports by August 1,

2007; (4) exchange expert rebuttal reports by October 1, 2007; (5) complete expert witness discovery by December 31, 2007; and (6) file a Joint Status Report by February 4, 2008.

3. The additional time for these activities is needed to allow the parties time to meet in April 2007 and attempt to reach a settlement of this matter. Extending these deadlines will allow the parties to avoid the time and expense of engaging in additional discovery that may prove to be unnecessary if settlement discussions are successful.

WHEREFORE, for good cause shown, the parties have agreed to extend the deadlines for the remaining activities in the Court's September 29, 2006 Scheduling Order, and Plaintiff GFR hereby respectfully moves that the Order be modified to extend each of the deadlines by two months.

A proposed Order is attached.

Dated: March 1, 2007

Respectfully submitted,

/s/ James J. McCullough
James J. McCullough
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20004-2505
Telephone: 202-639-7000
Fax: 202-639-7003

Attorney for Golden Feather Realty Services, Inc.

284284

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GOLDEN FEATHER REALTY SERVICES, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 06-479C**<br>**Judge Lettow** |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Consent Motion to Amend Scheduling Order, filed on March 1, 2007. Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims, Plaintiff requests that the Court modify the current Scheduling Order to extend the deadlines for the remaining activities in the Order by two months.

Good cause having been established, Plaintiff's Consent Motion To Amend Scheduling Order is GRANTED. The Court's Scheduling Order dated September 29, 2006 shall be amended so that the deadlines for the remaining activities in the Order are as follows:

| Activity | Deadline |
|---|---|
| Completion of fact witness discovery | July 2, 2007 |
| Filing of dispositive motions | July 16, 2007 |
| Exchange of expert witness reports | August 1, 2007 |
| Exchange of expert rebuttal reports | October 1, 2007 |
| Completion of expert witness discovery | December 31, 2007 |
| Joint Status Report | February 4, 2008 |

It is so ORDERED.

Dated: March ___, 2007

______________________________________

Charles F. Lettow
Judge

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 1st day of March 2007, I caused to be placed in the United States mail (first class mail, postage prepaid) a copy of the foregoing Consent Motion To Amend Scheduling Order, addressed as follows:

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
202-307-0252
202-307-0972 (fax)

/s/ James J. McCullough
James J. McCullough