IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-479C

(Filed: March 2, 2007)

GOLDEN FEATHER REALTY SERVICES, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

## SCHEDULING ORDER

Pending before the court is plaintiff's Consent Motion to Amend Scheduling Order, filed March 1, 2007. The government consents to plaintiff's motion.

For good cause shown, plaintiff's motion is GRANTED. The court amends the Scheduling Order of September 29, 2006 as follows:

| Activity | Deadline |
|---|---|
| Completion of fact witness discovery | July 2, 2007 |
| Filing of dispositive motions | July 16, 2007 |
| Exchange of expert witness reports | August 1, 2007 |
| Exchange of expert rebuttal reports | October 1, 2007 |
| Completion of expert witness discovery | December 31, 2007 |
| Joint Status Report | February 4, 2008 |

It is so ORDERED.

s/ Charles F. Lettow
Judge