IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLDEN FEATHER REALTY SERVICES, INC., | ) | |
| Plaintiff, | ) | No. 06-479C (Judge Charles F. Lettow) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS

Defendant respectfully moves this Court for a four-month stay of proceedings for for the purpose of continuing settlement negotiations. This is defendant's first motion for this purpose. Counsel for plaintiff has stated that he joins in this motion.

The scheduling order entered on March 2, 2007, provides that fact witness discovery be completed by July 2, 2007; that dispositive motions be filed by July 16, 2007, that expert reports be exchanged by August 1, 2007; that expert rebuttal reports be exchanged by October 1, 2007; that expert witness discovery be completed by December 21, 2007; and that a joint status report be filed by February 4, 2008.

During the week of May 7, 2007, the parties engaged in efforts to resolve this matter. As the result of these efforts, Government counsel agreed to recommend that plaintiff's settlement offer be accepted. The necessary steps to seek such authorization and, if such authorization is obtained, to make payment to plaintiff, is expected to take four months. Accordingly, staying this litigation to give the parties the opportunity to resolve this matter without further briefing and trial will conserve the parties' and this Court's resources and, pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive

determination" of this action.

For the foregoing reasons, defendant respectfully requests that the Court grant our motion for a four month stay for the purpose of continuing settlement negotiations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

OF COUNSEL:
DORIS S. FINNERMAN
Attorney
Procurement and Administrative Law Division
Office of General Counsel
Department of Housing and Urban Development
451 7th Street, S.W.
Room 10180
Washington, D.C. 20410
(202) 708-0614, ext. 2305
(202) 619-8155 (Fax)

May 29, 2007

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

Attorneys for Defendant