IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-479C

(Filed: June 1, 2007)

GOLDEN FEATHER REALTY SERVICES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

AMENDED SCHEDULING ORDER

Pending before the court is defendant's Unopposed Motion to Stay Proceedings, filed May 29, 2007. The government represents that its counsel has agreed to recommend the acceptance of a settlement offer made by plaintiff and approximately four month's time may be required to obtain authorization for, and to complete, a possible settlement.

The motion for stay is DENIED. The case shall not be stayed, but, instead the schedule currently in place for pre-trial steps as set out in an order entered on March 2, 2007, shall be extended by four and one-half months, as follows:

| Activity | Prior Deadline | New Deadline |
|---|---|---|
| Completion of fact witness discovery | July 2, 2007 | November 16, 2007 |
| Filing of dispositive motions | July 16, 2007 | December 3, 2007 |
| Exchange of expert witness reports | August 1, 2007 | December 17, 2007 |
| Exchange of expert rebuttal reports | October 1, 2007 | February 19, 2008 |
| Completion of expert witness discovery | December 31, 2007 | May 16, 2008 |
| Joint Status Report | February 4, 2008 | June 20, 2008 |

It is so ORDERED.

s/ Charles F. Lettow
Judge