IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GOLDEN FEATHER REALTY SERVICES, INC., )
)
Plaintiff, )
) No. 06-479C
v. ) (Judge Charles F. Lettow)
)
THE UNITED STATES, )
)
Defendant. )
)

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims, the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectively submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ James J. Mccullough, Esq.
JAMES J. MCCULLOUGH, ESQ.
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004-2505
202-639-7000
202- 639-7003 (Fax)

Attorney for Plaintiff

Dated: October 29, 2007

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

Dated: October 29 , 2007